UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 19-80221-Cr-Middlebrooks/Brannon

18 U.S.C. § 875(c)
18 U.S.C. § 115(a)(1)(B)

UNITED STATES OF AMERICA

vs.

MICHAEL SHAPIRO,

Defendant.
_____/

FILED BY ___TM___ D.C.

Nov 26, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about October 31, 2019, at about 11:20 a.m., in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL SHAPIRO,**

did knowingly transmit in interstate commerce from Florida to Washington, DC, a communication containing a true threat to injure the person of another, in that he stated in a phone call, "I'm going to kill you. I'm going to kill you. I'm coming to kill you. I'm going to kill you. I'm going to kill you. I'll kill you. Do you hear me? I'm going to come and kill you. I'm going to come and kill you," with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 2
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about October 31, 2019, at about 11:21 a.m., in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### MICHAEL SHAPIRO,

did knowingly transmit in interstate commerce from Florida to Washington, DC, a communication containing a true threat to injure the person of another, in that he stated in a phone call, "Yes, tell Grace Ury. You know who she is right? Tell her I'm going to come and kill her. I'm going to kill her. Do you hear me? Tell her I'm going to come and kill her. I'm going to kill her. I'm going to kill her," with the intent to communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 3
### Transmitting Threats Through
### Interstate and Foreign Communications
### (18 U.S.C. § 875(c))

On or about October 31, 2019, at about 11:22 a.m., in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### MICHAEL SHAPIRO,

did knowingly transmit in interstate commerce from Florida to Washington, DC, a communication containing a true threat to injure the person of another, in that he stated in a phone call, "Yes, one more time. Tell Grace Ury I'm gonna kill her. I'm going to kill her. Will you do that for me? Will you do that for me? Yes, I'm going to kill her. I'm going to kill her," with the intent to

communicate a true threat and with the knowledge that it would be viewed as a true threat, in violation of Title 18, United States Code, Section 875(c).

## COUNT 4
### Retaliating against a Federal Officer
### (18 U.S.C. § 115(a)(1)(B))

On or about October 31, 2019, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL SHAPIRO,**

did threaten to murder a Federal law enforcement officer, that is, a United States Capitol Police Special Agent, with intent to impede, intimidate, and interfere with such officer while engaged in the performance of official duties, and with intent to retaliate against such officer on account of the performance of official duties, in violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

_____
FOREPERSON

_Edward C. /lu for_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_[signature]_
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

**MICHAEL L. SHAPIRO,**

    **Defendant.**

_____ /

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)

Miami ____   Key West ____
FTL ____    WPB __X__   FTP ____

New Defendant(s) ____ Yes __No__
Number of New Defendants ____
Total number of counts ____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   __No__
   List language and/or dialect   _____

4. This case will take __5__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                          (Check only one)

   | | | | |
   |---|---|---|---|
   | I   | 0 to 5 days    | X | Petty ____ |
   | II  | 6 to 10 days   | __ | Minor ____ |
   | III | 11 to 20 days  | __ | Misdem. ____ |
   | IV  | 21 to 60 days  | __ | Felony __X__ |
   | V   | 61 days and over | __ | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   __Yes__
   If yes:
   Magistrate Case No.   19-mj-8456-WM
   Related Miscellaneous numbers:   19-mj-8457-WM; 19-mj-8458-WM; 19-mj-8459-WM; 19-mj-8460-WM
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the     District of _____

   Is this a potential death penalty case? (Yes or No)   __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes __X__ No

_____
ROLANDO GARCIA
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 763012

Penalty Sheet(s) attached

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: MICHAEL L. SHAPIRO

**Case No**: _____

Counts #: 1 - 3

Transmitting Threats Through Interstate and Foreign Communications

Title 18, United States Code, Section 875(c)

**\*Max. Penalty:** 5 Years' Imprisonment; $250,000 Fine; and 3 Years' Supervised Release

Count #: 4

Retaliating against a Federal Officer

Title 18, United States Code, Section 115(a)(1)(B)

**\*Max. Penalty**: 10 Years' Imprisonment; $250,000 Fine; and 3 Years' Supervised Release

Count #:

_____

**\*Max. Penalty:**

Count #:

_____

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**